Bruce W. Brewer, OSB No. 925581
brucebrewerusdccases@gmail.com
PO Box 421 West Linn, OR 97068
503-621-6633
Attorney for plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | | |
|---|---|---|
| **WILLIAM LANDEN,** | ) | |
| | ) | Case No. 3:22-cv-00832-HZ |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER - EAJA** |
| | ) | |
| **COMMISSIONER,** | ) | |
| of Social Security Administration, | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

    Plaintiff prevailed, the parties have stipulated to this fee, and it is therefore ORDERED that Defendant shall pay an attorney fee under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $5,261. It is further ORDERED that, if there is no offsetable debt under *Astrue v. Ratliff,* 560 U.S. 586 (2010), Defendant shall pay the fee directly to Plaintiff's attorney, by check made payable to Bruce Brewer, and shall send it to Plaintiff's attorney at his business address: PO Box 421, West Linn, OR 97068.  If offsetable debt exists pursuant to *Ratliff*, then it is ORDERED that the check

1-ORDER (EAJA)

for any remaining funds after offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

It is so ORDERED this \_\_\_18\_\_\_, day of September, 2023.

_____*/s/ Marco Hernandez*_____
The Honorable Marco A. Hernandez
U.S. District Court Judge
District of Oregon

Prepared by:
Bruce Brewer OSB #925581
PO Box 421
West Linn, OR 97068
503-621-6633

2-ORDER (EAJA)