Bruce W. Brewer, OSB #925581
brucebrewerusdccases@gmail.com
PO Box 421
West Linn, OR 97068
503-621-6633
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **WILLIAM LANDEN,**<br><br>      Plaintiff,<br><br>v.<br><br>**COMMISSIONER,**<br>Social Security Administration,<br><br>      Defendant. | Case No. 3:22-cv-00832-HZ<br><br>**ORDER**<br>**ATTORNEY FEES - 42 USC §406(b)** |

It is ORDERED that the motion for attorney fees (ECF #25) is hereby GRANTED and that an attorney fee pursuant to 42 U.S.C. §406(b) in the net amount of $2,061.00 is hereby awarded to Plaintiff's Counsel Bruce Brewer, from which applicable processing and/or user fees may be deducted. The fee represents the net amount of 25% of the Plaintiff's retroactive benefits minus the EAJA fee and it comports with applicable law and the fee agreement entered into by Plaintiff. Plaintiff's retroactive benefit award is $29,288. 25% of the past due benefits is $7,322. An EAJA fee in the

ORDER - 1

amount of $5,261 was previously awarded to Plaintiff. ECF#24. The sum derived by deducting the EAJA fee from 25% of the retroactive benefits is $2,061.00 which is the net amount that shall be paid directly to Plaintiff's Counsel. It is ORDERED that the fee is to be paid out of Plaintiff's past-due benefits in accordance with agency policy and that it is to be paid directly to Plaintiff's Counsel by check made payable to Bruce Brewer and sent to him at PO Box 421, West Linn, OR 97068.

Funds remaining after the payment of attorney fees shall be released to Plaintiff.

It is so ORDERED this __29__ day of August, 2025.

_____
The Honorable Marco A. Hernandez
U.S. Senior District Judge

Presented by:
Bruce W. Brewer, OSB #925581

ORDER - 2